## Commonwealth *v.* Potter, Appellant.

748

Argued June 12, 1969. *Mervyn R. Turk,* Assistant Public Defender, with him *R. Barclay Surrick,* Assistant Public Defender, and *Charles J. Odgers, Jr.,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram Nedurian, Jr.,* Assistant District Attorney, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. Mc-Ewen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.